**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HALEH RAMIAN,**<br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN ASSOCIATION FOR CANCER RESEARCH,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No. 2:26-cv-04424-JDW** |

**ORDER**

AND NOW, this 22nd day of October, 2026, upon consideration of Plaintiff Haleh Ramian's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Ms. Ramian's retaliation claims under Title VII and her ADA employment discrimination and failure to accommodate claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Ms. Ramian's Title VII gender discrimination and ADA retaliation claims will pass statutory screening and may proceed to service.

It is **FURTHER ORDERED** that Ms. Ramian may file an amended complaint on or before November 20, 2026. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the

amended complaint and shall state the basis for Ms. Ramian's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. **For example, if Ms. Ramian files an amended complaint, she must include in that amended complaint the allegations supporting her Title VII gender discrimination and ADA retaliation claims that I have not dismissed if she seeks to proceed on those claims.** When drafting her amended complaint, Ms. Ramian should be mindful of my reasons for dismissing the claims in her initial Complaint, as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Ms. Ramian a blank copy of the Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above civil action number. Ms. Ramian may use this form to file her amended complaint if he chooses to do so.

If Ms. Ramian does not file an amended complaint, I will direct service of her initial Complaint on AACR. Ms. Ramian may also notify me that she seeks to proceed on the claims that pass statutory screening, rather than file an amended complaint. If she files such a notice, Ms. Ramian must include the case number for this case, 26-4424.

It is **FURTHER ORDERED** that the time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date the Court issues summonses in this case, if summonses are issued.

It is **FURTHER ORDERED** that the Motion to Appoint Counsel (ECF No. 3) is **DENIED WITHOUT PREJUDICE** to being reasserted after complying with this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**